NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
ANDREA STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
Attorneys for Plaintiff

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  3:06-cr-0070-HRH-8 |
| | )                   3:06-cr-0104 - HRH |
| Plaintiff, | ) |
| | ) |
| vs. | ) GOVERNMENT'S EXHIBIT LIST |
| | ) |
| KOUROSH PARTOW, | ) |
| | ) |
| Defendant. | ) |
| | ) |

     COMES NOW Plaintiff United States of America, by and through counsel, and hereby files with the Court its Proposed Exhibit List, for the Evidentiary Hearing scheduled for August 22, 2007.

| Exh. No. | Id. | Admit. | Description | Witness |
|---|---|---|---|---|
| 1 | | | Appraisal of Properties Located at 10541 Rezanof Circle and 11200 Briggs Court | Steve Turner |
| 2 | | | Alaska USA Federal Credit Union Withdrawals | SA Mike Thoreson |
| 3 | | | Deposits of Cashier's checks | SA Mike Thoreson |
| 4 | | | Funds Transfer Request (example) | SA Mike Thoreson |
| 5 | | | Passport Republic of Iran Issue date 11/23/2006 | SA Mike Thoreson |
| 6 | | | Case No. 3:06-cr-0104 Summary Chart of Loans | SA Mike Thoreson |
| 7 | | | 1003 for 7250 Cantonment Court - Residential Mortgage 5/7/04 | Agim Delolli |
| 8 | | | 1003 for 7310 Cantonment Court - Residential Mortgage 1/11/01 | Agim Delolli |
| 9 | | | 1003 6710 Reedyke Circle Countrywide 8/22/05 | Agim Delolli |
| 10 | | | 1003's for 10541 Rezanof Circle - Countrywide 10/21/04 | Agim Delolli |
| 11 | | | 1003 for 12371 Division Street - Countrywide 5/6/04 | Bekim Hasipi |
| 12 | | | 1003 and Settlement Statement 2683 Weslyan Drive - Countrywide 1/26/04 | Jan Marquiss |
| 13 | | | 1003's for 10541 Rezanof Circle - Countrywide 2/2/05 | Jan Marquiss |

| Exh. No. | Id. | Admit. | Description | Witness |
|---|---|---|---|---|
| 14 | | | 1003 and letter 20129 Upper Bowery - Countrywide | Jan Marquiss |
| 15 | | | Financial Statement FNBA 7/3/03 and excerpts 2003 and 2004 tax returns | Jan Marquiss |
| 16 | | | 1003's 11200 Briggs Court Countrywide 5/24/05 | Paul Brannon |
| 17 | | | 1003 12363 Division St Countrywide 4/21/04 | Robin Dorman |
| 18 | | | 1003 1743 Minerva Way Countrywide | Robin Dorman |
| 19 | | | 6673 Shangri-La Circle American Home Mortgage | Darren Applebury |
| 20 | | | 702 Deermount Street American Home Mortgage 10/12/06 | SA Mike Thoreson (Willis Loan) |

RESPECTFULLY SUBMITTED this 21st day of August, 2007, in Anchorage, Alaska.

s/ Karen Loeffler
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
email: karen.loeffler@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on August 21, 2007
a copy of the foregoing was served electronically on:
Kevin T. Fitzgerald

s/ Karen Loeffler